IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09CV101-1-MU

| | |
|---|---|
| ANTHONY TRUSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| STEVEN BAILEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983. If either party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty (60) days of the filing of this Order.

Signed: January 12, 2010

Graham C. Mullen
United States District Judge