IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09CV101-1-MU

ANTHONY TRUSELL,            )
                            )
        Plaintiff,           )
                            )
        v.                  )           **O R D E R**
                            )
STEVE BAILEY, et al.,       )
                            )
        Defendants.         )
_____)

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Examination by Outside Doctor (Doc. No. 23), filed February 16, 2010; Plaintiff's Motion to Compel Discovery (Doc. No. 24), filed February 17, 2010; Defendants' Motion for Extension of Time (Doc. No. 25), filed February 26, 2010; and Defendants' Motion for Leave to Withdraw Their Motion for Summary Judgment, For Leave to Re-File Same Within 45 Days and to Strike Plaintiff's Pending Discovery Motions (Doc. No. 26), filed March 3, 2010.

On August 19, 2009, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. On October 22, 2009, this Court entered a protective order regarding discovery. On February 2, 2010, Defendants filed a Motion for Summary Judgment. In light of recent Supreme Court case law, Defendants have moved to withdraw their Motion for Summary Judgment and requested forty-five days in which to refile a motion for summary judgment. For good cause shown, this Court will grant Defendants' Motion to Withdraw Their Motion for Summary Judgment. This ruling[1] moots Plaintiff's request for an extension of time to respond to the Motion for Summary Judgment.

---

[1] The Court received Plaintiff's response to the Motion for Summary Judgment on March 4, 2010. As set forth in this Order, Defendants' Motion to Withdraw is granted. Plaintiff will be given an opportunity to respond to any refiled Motion for Summary Judgment.

Plaintiff also has a Motion for Examination by Outside Doctor pending before this Court. After reviewing the record, and Plaintiff's Motion, this Court is not persuaded that such action is necessary. Plaintiff's Motion for Examination is denied.

Plaintiff also has a Motion to Compel Discovery pending before this Court. Defendants have asserted a defense of qualified immunity. (Doc. No. 16.) This Court's stay of discovery is still in effect. Plaintiff's Motion is denied at this time.

**IT IS THEREFORE ORDERED THAT:**

1. Defendants' Motion for Leave to Withdraw Their Motion for Summary Judgment, For Leave to Re-File Same Within 45 Days and to Strike Plaintiff's Pending Discovery Motions (Doc. No. 26) is **GRANTED**;

2. Defendants' Motion for Summary Judgment and memorandum in support (Doc. Nos. 20 and 21) are withdrawn;

3. Defendants have forty-five (45) days from the filing of this Order in which to refile a Motion for Summary Judgment;

4. Plaintiff's Motion for an Extension of Time (Doc. No. 25) is **DENIED** as moot;

5. Plaintiff's Motion for Examination by Outside Doctor (Doc. No. 23) is **DENIED**; and

6. Plaintiff's Motion to Compel Discovery (Doc. No. 24) is **DENIED without prejudice**.

Signed: March 9, 2010

Graham C. Mullen
United States District Judge