# United States District Court
# For The Western District of North Carolina
# Statesville Division

ANTHONY TRUSELL,

        Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                             CASE NO. 5:09CV101

KATHERYN JOHNSON AND
BRIAN McKINNEY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2011, Order.

                                            Signed: March 16, 2011

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court